UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTO VAZQUEZ-ORTIZ,

                              Plaintiff,

                  -against-

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                              Defendant.

23-cv-10571 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's Order dated December 6, 2023, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 4. If both parties consent, they were required to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.

    Defendant entered an appearance on December 13, 2023. *See* ECF No. 5. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 5, 2024**.

    SO ORDERED.

Dated:  December 29, 2023
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge